Case 2:13-cv-02651-DMG-AJW Document 62 Filed 02/20/15 Page 1 of 1 Page ID #:2516

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE M. ZAMORA CHAVEZ, an individual; and GARY M. RAMOS, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, et al.,<br><br>    Defendants. | Case No.: CV13-2651 DMG (AJWx)<br><br>**JUDGMENT [61]** |

The Court having issued its order granting summary judgment in favor of Defendant CarMax Auto Superstores California, LLC,

IT IS ORDERED that judgment is hereby entered in favor of Defendant CarMax Auto Superstores California, LLC.

DATED: February 20, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1     **CV13-2651 DMG (AJWx)**
**JUDGMENT**